August 7, 2012.



# JUDGMENT

## The Fourteenth Court of Appeals

PRATAP AND JAYA DESAI, Appellants

NO. 14-11-00956-CV                    V.

CHAMBERS COUNTY APPRAISAL DISTRICT AND THE APPRAISAL REVIEW BOARD OF CHAMBERS COUNTY APPRAISAL DISTRICT, Appellees

_____

This cause, an appeal in favor of appellees, CHAMBERS COUNTY APPRAISAL DISTRICT AND THE APPRAISAL REVIEW BOARD OF CHAMBERS COUNTY APPRAISAL DISTRICT, signed, October 4, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees, CHAMBERS COUNTY APPRAISAL DISTRICT AND THE APPRAISAL REVIEW BOARD OF CHAMBERS COUNTY APPRAISAL DISTRICT.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.